FILED

04/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0062

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA-24-0062

IN RE THE PARENTING OF E.C.F. AND E.H.F.

ELIZABETH FARNHAM,
    Petitioner and Appellee,
v.
ERIK FARNHAM,
    Respondent and Appellant.

_____

## ORDER FOR EXTENSION OF TIME

_____

On Appeal from the Fourth Judicial District Court, Missoula County
Cause No. DR-32-2017-712
Before the Hon. Robert Deschamps and Standing Master Gail Bourguignon

_____

| | |
|---|---|
| Bradley J. Jones | Emily A. Lucas |
| BULMAN JONES & COOK PLLC | Brandi R. Ries |
| P.O. Box 8202 | RIES LAW GROUP, P.C. |
| Missoula, MT 59807-8202 | P.O. Box 8364 |
| *Attorney for Respondent/Appellant* | Missoula, MT 59807 |
| | *Attorney for Petitioner/Appellee* |

Upon consideration of Appellant's motion for extension of time pursuant to Rule 26 of the Montana Rules of Appellate Procedure, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 10, 2024 to prepare, file and serve his opening brief.

Electronically Signed Below

**UNOPPOSED MOTION FOR
EXTENSION OF TIME**       Page 1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 11 2024